■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CASTILLO, Appellant. [999 NYS2d 751]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Balter, J.), imposed April 22, 2011, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Chambers, Sgroi and Miller, JJ., concur.